| | |
|---|---|
| 1 | **FOX GROUP LEGAL** |
| 2 | MYKHANH SHELTON, SBN 198606 |
|   | MEGHANN CONNER, SBN 274766 |
| 3 | 2121 Avenue of the Stars, Suite 700 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 369-2912 |
| 5 | Email:    mykhanh.shelton@fox.com |
| 6 |           meghann.conner@fox.com |
| 7 | |
|   | **MITCHELL SILBERBERG & KNUPP LLP** |
| 8 | ADAM LEVIN, SBN 156773 |
| 9 | SETH E. PIERCE, SBN 186576 |
|   | GABRIELLA A. NOURAFCHAN, SBN 301594 |
| 10 | 11377 W. Olympic Blvd. |
| 11 | Los Angeles, CA 90064 |
|   | Telephone:  (310) 312-2000 |
| 12 | Email:    axl@msk.com |
| 13 |           sep@msk.com |
| 14 |           gan@msk.com |
| 15 | |
|   | Attorneys for Defendant |
| 16 | FS1 LOS ANGELES, LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLEEN DOMINGUEZ, an individual, | Case No. 2:15-cv-09683 RSWL (AJWx) |
| | Assigned to the Hon. Ronald S.W. Lew |
| Plaintiff, | |
| v. | **ORDER REGARDING STIPULATION RE: CONFIDENTIALITY OF DOCUMENTS AND INFORMATION** |
| FS1 LOS ANGELES, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

# ORDER

The Stipulation of the parties Regarding the Confidentiality of Documents and Information is **HEREBY ENTERED** as an Order of the Court.

Dated: August 22, 2016

_____

Honorable Andrew J. Wistrich

U.S. District Court Judge